IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

CHRISTOPHER VIRGESS,  AIS # 247271,   :

    Plaintiff,                                               :

vs.                                                                  :       CIVIL ACTION 12-0164-WS-N

EDDIE HARDAWAY, JR., et al.,                  :

    Defendants.                                          :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE** this 18th day of June, 2012.

                s/WILLIAM H. STEELE
                CHIEF UNITED STATES DISTRICT JUDGE